UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No.: 1:23-cv-1721 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 13, 16)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF SALVADOR ACOSTA AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

　　　　Salvador Acosta and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation of the parties, the administrative law judge shall "will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) In addition, the parties agreed that judgment should be entered in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

///

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this case.

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. Plaintiff's motion for summary judgment (Doc. 13) is terminated as **MOOT**.
3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Salvador Acosta and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**August 27, 2024**__

UNITED STATES DISTRICT JUDGE